# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY PARAMORE,<br><br>    Plaintiff,<br><br>v.<br><br>J. RUIZ, et al.,<br><br>    Defendants. | Case No.: 1:12-cv-00255-MJS (PC)<br><br>ORDER REQUIRING PLAINTIFF TO FILE AN OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANT'S MOTION TO DISMISS WITHIN FOURTEEN DAYS<br><br>(ECF No. 16) |

    Plaintiff Anthony Paramore ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

    Plaintiff initiated this action on February 23, 2012. (ECF No. 1.) On December 26, 2012, the Court found that Plaintiff stated a cognizable Eighth Amendment claim against Defendant J. Ruiz. (ECF No. 11.)

    On May 28, 2013, Defendant Ruiz filed a motion to dismiss for failure to exhaust. (ECF No. 16.) More than twenty-one days have passed and Plaintiff has not filed an opposition or a statement of non-opposition to the motion. Local Rule 230(*l*).

    Accordingly, it is HEREBY ORDERED that:

1.     Plaintiff shall file an opposition or a statement of non-opposition to the motion within fourteen (14) days from the date of service of this order; and

1

2. Plaintiff is warned that the failure to comply with this order will result in dismissal of this action, with prejudice, for failure to prosecute.

IT IS SO ORDERED.

Dated:  March 3, 2014             /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE