1
2
3
4
5
6
7
8
9
10
11

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| ANTHONY PARAMORE, | Case No.  1:12-cv-00255-LJO-MJS (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS DENYING DEFENDANT'S MOTION TO DISMISS |
| v. | |
| J. RUIZ, | ECF Nos. 16 and 24 |
| Defendant. | |

13
14
15
16
17

18     Plaintiff Anthony Paramore is a former state prisoner proceeding pro se and in forma

19  pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  The matter was referred to

20  a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

21     On August 29, 2014, the Magistrate Judge issued a findings and recommendations

22  recommending that Denfendant's motion to dismiss be denied.  (ECF No. 24.)  Neither party has

23  filed objections.

24     In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

25  Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the

26  Court finds the Findings and Recommendations to be supported by the record and by proper

27  analysis.

28

1        Accordingly, it is hereby ORDERED that Defendant's Motion to Dismiss (ECF No. 16)

2   is denied.

    IT IS SO ORDERED.

3

4      Dated:   **September 22, 2014**              **/s/ Lawrence J. O'Neill**
                                                    UNITED STATES DISTRICT JUDGE
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28