UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY PARAMORE,<br><br>        Plaintiff,<br><br>    v.<br><br>J. RUIZ, et al.,<br><br>        Defendants. | CASE NO. 1:12-cv-00255-LJO-MJS (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION TO DISMISS ACTION WITHOUT PREJUDICE FOR FAILURE TO OBEY COURT ORDER AND FAILURE TO PROSECUTE**<br><br>**(ECF No. 33)**<br><br>**CLERK TO TERMINATE PENDING MOTIONS AND CLOSE CASE** |

Plaintiff is a former state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302 of the United States District Court for the Eastern District of California.

On March 4, 2015, the Magistrate Judge issued Findings and a Recommendation to dismiss the action without prejudice based on Plaintiff's failure to obey a court order and failure to prosecute. (ECF No. 33.) Plaintiff filed no objections and the time for doing so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the

Court finds the findings and recommendation to be supported by the record and by proper analysis.

Accordingly, it is HEREBY ORDERED that:

1. The Court adopts the findings and recommendation (ECF No. 33), filed March 4, 2015, in full;
2. The action is DISMISSED without prejudice for failure to obey a court order and failure to prosecute;
3. The Clerk's Office is directed to terminate all pending motions and CLOSE the case.

IT IS SO ORDERED.

Dated:   **March 26, 2015**          **/s/ Lawrence J. O'Neill**
                                     UNITED STATES DISTRICT JUDGE